**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JONATHAN MORGAN**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CALIFORNIA CLOSETS COMPANY, INC. and LIBERTY INSURANCE CORPORATION,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 3:21-cv-02611** |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants Liberty Insurance Corporation ("Liberty") with the consent of California Closets Company, Inc. ("California Closets") hereby removes the action styled and number DC-21-11346, currently pending in the 14th Judicial District Court, Dallas County, Texas to the Northern District of Texas, Dallas Division. For the reasons set forth below, removal of the state court action is proper under Section 28 U.S.C. §§ 1332, 1441, and 1446.

**I.**
**INTRODUCTION**

On August 23, 2021, Plaintiff Jonathan Morgan ("Plaintiff") commenced this lawsuit by filing Plaintiff's Original Petition against California Closets and Liberty Mutual Group Incorporated.

Defendant California Closets was served on September 1, 2021 and filed its answer on October 5, 2021.

On September 23, 2021, Plaintiff amended his petition to include Defendant Liberty and remove Liberty Mutual Group Incorporated. Plaintiff served Defendant Liberty with suit that same

day. Accordingly, Liberty files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446 (b).

## II.
## VENUE IS PROPER

Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division under 28 U.S.C. §§ 124(d)(3) and 1441(a) because this district and division embrace the place in which the removed action has been pending.

## III.
## BASIS FOR REMOVAL

### A. DIVERSITY OF CITIZENSHIP

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiff has alleged in his Original Petition that he is an individual residing in the State of Texas. *See* Plaintiff's First Amended Petition at ¶ 3. Thus, for diversity purposes, Plaintiff is a citizen of Texas.

Liberty is a corporation organized under the laws of the State of Illinois, with its principal place of business in Boston, Massachusetts. For diversity purposes, Liberty is a citizen of both Illinois and Massachusetts.

Defendant California Closet was at the time this lawsuit was filed and on the date this Notice of Removal was filed, a California corporation with its principle place of business in California. As such California Closet is a California citizen for diversity purposes.

Because Plaintiff is a citizen of Texas and Defendants are citizens of California, Illinios and Massachusetts, complete diversity exists between Plaintiff and Defendants.

### B. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co*., 47 F.3d 1404, 1411-

12 (5th Cir. 1995). Here, it is apparent from the face of Plaintiff's Original Petition that Plaintiff's claims exceed $75,000.00 because Plaintiff has specifically pled that he "seeks monetary relief aggregating in excess of $250,000 but less than $1,000,000 from Defendants." *See* Plaintiff's Original Petition at ¶ 2. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**IV.**
**CONSENT TO REMOVE**

The sole defendants named in Plaintiff's petition are California Closets Company, Inc., and Liberty Insurance Corporation. Here, both are California Closets Company, Inc. and Liberty Insurance Corporation both consent to, join in, and file this Notice of Removal. Accordingly, all defendants have consented to and hereby join in the foregoing Notice of Removal.

**V.**
**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

As required by Local Rule 81.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet, and a signed Certificate of Interested Persons that comply with Local Rules 3.1(c), 7.4, and 81.1(d). Additionally, the following exhibits are attached.

- **Exhibit A:** Index of all documents filed in the state court action;
- **Exhibit B:** Dallas County Civil Case and Transaction Information;
- **Exhibits C through C-10:** A copy of each pleading filed in the state court action; and
- **Exhibit D:** California Closets' consent to removal.

Pursuant to Section 28 U.S.C. §1446(d), Liberty will provide written notice of the filing of this Notice of Removal to all adverse parties promptly after the filing of same and will file a true

and correct copy of this Notice of Removal with the Court Clerk of the 14th Judicial District Court of Dallas County, Texas, promptly after the filing of same

## VI.
## REQUEST FOR RELIEF

Based on the foregoing, Defendant Liberty Insurance Corporation with the consent of California Closet Company Inc. respectfully requests that the above-styled action now pending in the 14th Judicial District Court of Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division. Liberty further requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
SALINA A. KABANI
State Bar No. 24067484

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@tb-llp.com
E-mail: salina.kabani@tb-llp.com

**ATTORNEYS FOR DEFENDANT LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

In accordance with Rules 21 and 21a of the TEXAS RULES OF CIVIL PROCEDURE, on October 21, 2021 a true and correct copy of the above and foregoing instrument was served via facsimile or electronic service upon:

**ATTORNEYS FOR PLAINTIFF**
Christopher B. Welsh
THE LAW OFFICES OF CHRISTOPHER WELSH, PLLC
4925 Greenville Ave.
Suite 200
Dallas, Texas 75206
(214) 800-5164
(214) 884-5165 — fax
Cwelsh@welshtx.com

**ATTORNEYS FOR DEFENDANT**
**CALIFORNIA CLOSET COMPANY, INC.**
Mark A. Goodman
Adam Hamilton
**FOX ROTHSCHILD LLP**
Saint Ann Court
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (972)991-0089
Facsimile: (972)404-0516
E-mail: mark.goodman@foxrothschild.com
AHamilton@foxrothschild.com

*/s/ Mark D. Tillman*
MARK D. TILLMAN